IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　Case No. 2:10mj594
　　　　　　　　　　　　　　　　　Court Date: January 18, 2011
LERON J. FULLER


## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation No. N0459038

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 3, 2010, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, LERON J. FULLER, did knowingly and willfully engage in disorderly conduct in a public place, with the intent to cause public inconvenience, annoyance or alarm, or recklessly create a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

### COUNT TWO
(Petty Offense)

That on or about November 3, 2010, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, LERON J. FULLER, did knowingly, unlawfully, and willfully in the presence of another, use abusive language toward Captain Vaughan, a Naval Security

RECEIVED
U.S. CLERKS
OFFICE

2010 DEC 22 P 3:31

NORFOLK, VA.

Force Police Officer in the performance of his duties, under circumstances reasonably calculated to provoke a breach of the peace.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-416.)

>Respectfully submitted,
>
>Neil H. MacBride
>United States Attorney

By:

Jason A. Pfeil
Special Assistant U.S. Attorney
Office of the U.S. Attorney
100 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Jason.A.Pfeil@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

Jason A. Pfeil
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Jason.Pfeil@usdoj.gov

12/17/10
Date

2

Case 2:11-cr-00015-AWA-DEM   Document 1   Filed 12/23/10   Page 4 of 4 PageID# 4