# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division



FILED

FEB -3 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.   ACTION NO. 2:10mj594

LERON J. FULLER

## O R D E R

The undersigned held a hearing in the above action on February 3, 2011 on Defendant's Motion for Discovery, ECF No. 6.

The following requests are GRANTED:

1. The criminal information provided the nature and cause of the accusations.

2. The names of "witnesses against me."

3. Any security camera footage from November 3, 2010 between the hours of 1100 and 1200 from cameras located at #147 of Building 1618 Police Headquarters inside Norfolk Naval Shipyard in Portsmouth, Virginia that is relevant to this case.

4. A copy of the written complaint filed by Defendant submitted to Security on August 25, 2010 as well as the date in which the complaint file was closed.

5. A subpoena to be issued for Mr. Glenn Hawthorne after the assignment of a trial date before the District Court Judge.

The following discovery requests are DENIED:

1. The "status" of all parties involved in this matter.

2. Any personal conduct complaints involving Officer E.T. Turner.

3. Subpoenas for Lt. Hyman and Officer E.T. Turner.

4. All deposition requests.

The United States has agreed to have available for trial Investigator Hoack, Officer Sheppard, and Captain Vaughn. The Assistant United States Attorney is DIRECTED to serve by mail Defendant's granted discovery requests by February 14, 2011.

During the hearing, Defendant was advised of his option to waive trial before a United States District Court Judge and proceed before a United States Magistrate Judge. Defendant specifically requested trial before an "Article III, section 1" judge. The Clerk is so DIRECTED to assign the present action to a District Court Judge.

The Clerk is DIRECTED to send a copy of this Order to all parties.

/s/

Tommy E. Miller
United States Magistrate Judge

Norfolk, Virginia
February 3, 2011