IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

LERON J. FULLER

Case No. 2:11cr15
Court Date: April 25, 2011

FILED
MAR 22 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## SUPERSEDING CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)-Violation No. N0459038

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 3, 2010, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, LERON J. FULLER, did knowingly and willfully engage in disorderly conduct in a public place, with the intent to cause public inconvenience, annoyance or alarm, or recklessly create a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

### COUNT TWO
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 3, 2010, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, LERON J. FULLER, did knowingly, unlawfully, and willfully in the presence of another, use abusive language toward Captain Vaughan, a Naval Security Force Police Officer in the performance of his official duties, under circumstances reasonably calculated to provoke a breach of the peace.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-416.)

COUNT THREE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 25, 2010, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, LERON J. FULLER, did forcibly assault, resist, oppose, impede, intimidate or interfere with Corporal Turner, a Naval Security Force Police Officer in the performance of his official duties.

(In violation of Title 18, United States Code, Section 111(a)(1).)

COUNT FOUR
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 3, 2010, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, LERON J. FULLER, did by threats or force, knowingly attempt to intimidate or impede Corporal Sheppard, a Naval Security Force Police Officer in the performance of her official duties.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-460(B)).

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Taryn M. Meeks
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 462-2599
Fax: (757) 441-3205
Taryn.Meeks@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Taryn M. Meeks
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 462-2599
Fax:(757) 441-3205
Taryn.Meeks@usdoj.gov