UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



UNITED STATES OF AMERICA,

v.  ACTION NO. 2:11cr15

LERON J. FULLER,

        Defendant.

### ORDER

The trial in this matter has been continued from May 24, 2011, at 11:00 a.m., with a jury, to June 20, 2011, at 11:00 a.m., with a jury.

The Clerk shall forward a copy of this Order to all parties.

IT IS SO **ORDERED**.

                              /s/
                        Rebecca Beach Smith
                        United States District Judge
                      UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
May 17, 2011