IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                      CRIMINAL NO. 2:11cr15-001

LERON J. FULLER

        Defendant.

## NOTICE OF APPEAL

NOTICE is hereby given that Leron J. Fuller, the defendant-appellant herein, files and enters his appeal to the United States Court of Appeals for the Fourth Circuit from the Final Order involving his conviction and sentence in the above referenced matter entered by this United States District Court on the 15th day of October 2012.

                           RESPECTFULLY SUBMITTED,

                           LERON J. FULLER

                           By: /s/ Harry Dennis Harmon, Jr.
                               Counsel for Leron J. Fuller

Harry Dennis Harmon, Jr., Esquire
Virginia State Bar No. 32395
Counsel for Leron J. Fuller
125 Saint Paul's Boulevard, Suite 310
Norfolk, Virginia 23510-2708
Telephone No: (757) 623-2353
Facsimile No: (757) 533-5564
E-Mail: harryharmon@yahoo.com

1

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the 22nd of October 2012, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steve Haynie
Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone No: (757) 441-6331
Facsimile No: (757) 441-3205
E-Mail Address: Steve.Haynie@usdoj.gov

    I hereby further certify that on the 22nd of October 2012, I mailed a true copy of the foregoing Notice of Appeal to the following non-filing user:

Leron J. Fuller
Northern Neck Regional Jail
3908 Richmond Road
Warsaw, Virginia 22572

    /s/   Harry Dennis Harmon, Jr.
Harry Dennis Harmon, Jr., Esquire
Virginia State Bar No. 32395
Counsel for Leron J. Fuller
125 Saint Paul's Boulevard, Suite 310
Norfolk, Virginia 23510-2708
Telephone No: (757) 623-2353
Facsimile No: (757) 533-5564
E-Mail Address: harryharmon@yahoo.com