# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division



FILED
OCT 25 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

**UNITED STATES OF AMERICA**

v.  Criminal No. 2:11cr15

**LERON FULLER,**
       **Defendant.**

## ORDER

On June 21, 2011, Leron Fuller was found guilty after trial by a jury in the United States District Court for the Eastern District of Virginia for one count of Obstruction of Justice in violation of 18. U.S.C. §§ 7 and 13 assimilating Code of Virginia, § 18.2-460(B), a Class A misdemeanor. On October 19, 2011, Mr. Fuller was sentenced to four months imprisonment and one year of supervised release. In addition to the standard conditions of supervision, the Court imposed the following conditions: substance abuse treatment, probation officer access to any financial information, payment of child support, and anger management treatment. Supervision began on February 1, 2012.

On August 27, 2012, Probation Officer Tomas Ramirez filed a Petition on Supervised Release, alleging a number of violations, including failure to satisfactorily participate in Court-ordered mental health treatment, failure to work regularly, and possession of marijuana.

On October 15, 2012, Mr. Fuller appeared before this Court, with counsel, for a hearing on this Petition. At the hearing, Mr. Fuller admitted to violating Condition 7 of Supervised Release, Possession of Marijuana. As a result of this admission, the Court found that Mr. Fuller violated Condition 7 of Supervised Release.

Mr. Fuller did not admit to violating Special Condition of Supervised Release – Failure to Satisfactorily Participate in Mental Health Treatment and Condition 5 of Supervised Release – Failure to Work Regularly. After hearing the evidence, the Court **FINDS** that Mr. Fuller has violated these terms of his supervision as detailed in the Petition on Supervised Release.

After considering, in detail and on the record, the factors set forth in 18 U.S.C. § 3553(a), the Court **REVOKES** supervision and **SENTENCES** Mr. Fuller to six months imprisonment. After imprisonment, supervision shall be **TERMINATED**.

The Clerk is **REQUESTED** to send a copy of this Order to Mr. Fuller, to counsel for Mr. Fuller, to the United States Attorney's Office in Norfolk, Virginia, to the United States Marshals Office in Norfolk, Virginia, and to the United States Probation Office of this Court.

**IT IS SO ORDERED.**

/s/ Arenda L. Wright Allen
United States District Judge

October 25, 2012
Norfolk, Virginia